USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Negotiatus Corp., d/b/a Order Co.,<br><br>                                           Plaintiff,<br><br>-against-<br><br>Viola, Inc., VB Brands California, LLC, Viola Portland LLC and D Savage LLC<br><br>                                         Defendants. | 1:24-cv-00243 (KPF)(SDA)<br><br>ORDER SCHEDULING<br><u>SETTLEMENT CONFERENCE</u> |

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Thursday, April 17, 2025, at 10:00 a.m. EST. The conference shall proceed by Microsoft Teams unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Thursday, April 10, 2025).

**SO ORDERED.**

Dated:      New York, New York
             March 13, 2025

_____
STEWART D. AARON
United States Magistrate Judge