UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/29/2025
```

Negotiatus Corp.,

                                    Plaintiff,

            -against-

Viola Inc. et al.,

                                    Defendants.

1:24-cv-00243 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that, no later than May 29, 2025, the parties shall file the papers

needed to effectuate the settlement reached.

**SO ORDERED.**

Dated:        New York, New York
              April 29, 2025

_____
STEWART D. AARON
United States Magistrate Judge