USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Negotiatus Corp., <br><br> Plaintiff, <br><br> -against- <br><br> Viola Inc. et al., <br><br> Defendants. | 1:24-cv-00243 (SDA) <br><br> **ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of the parties' proposed Stipulation & Order filed at ECF No. 39. In order for the Court to enter the judgments set forth therein the parties shall file proposed judgments no later than Friday, June 6, 2025. In addition, if the parties wish for the Court to retain jurisdiction to enforce the settlement agreement, they shall file the executed settlement agreement to the ECF docket.

**SO ORDERED.**

Dated:   New York, New York
         June 2, 2025

_____
STEWART D. AARON
United States Magistrate Judge