USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2025

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NEGOTIATUS CORP d/b/a ORDER.CO,

    Plaintiff,

v.

VIOLA INC., VB BRANDS CALIFORNIA LLC, VIOLA PORTLAND LLC, and D SAVAGE LLC,

    Defendants.

Civil Action No. 24-cv-00243

## JUDGMENT AGAINST DEFENDANT VB BRANDS CALIFORNIA LLC

Pursuant to the proposed Stipulation and Order (ECF 39) by and between plaintiff Negotiatus Corp d/b/a Order.co and defendants Viola, Inc., VB Brands California LLC, D Savage LLC, and Viola Portland LLC (collectively with Order.co, the "Parties") to effectuate the Parties' settlement agreement executed as of May 21, 2025 (the "Settlement Agreement"), by which the Parties consented to the entry of a judgment in the above-captioned action against VB Brands California LLC, and in favor of Order.co, in the amount of $75,000, it is hereby **ORDERED, DECREED, and ADJUDGED** that judgment is entered in favor of Order.co, and against VB Brands California LLC in the amount of $75,000. The Court retains jurisdiction for the purpose of enforcing the Parties' Settlement Agreement.

_____
Honorable Stewart D. Aaron

Dated: June 9, 2025